Lillian M. Price, Administratrix to Collect of Estate of Arno T. Roner, Deceased, Appellant, v. Caroline G. Meier, Appellee.

Gen. No. 43,137.

opinion filed December 11, 1944; rehearing denied December 26, 1944; released for publication December 27, 1944. Harold V. Snyder, for appellant; Frank T. Jordan, for appellee; Stephen J. Sullivan, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. **Not to be published in full.**